Adolphe **MOUNKASSA**, Plaintiff—Appellant,

v.

D. Scott **DODRILL**; Margaret C. Hambrick; Harrell Watts; M. Pitt; M. Lewis, Unit Manager at Low Security Correctional Institution Butner, Defendants—Appellees.

No. 03–7470.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 15, 2004.

Decided Jan. 28, 2004.

Adolphe Mounkassa, Appellant pro se.

Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Adolphe Mounkassa appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint alleging a violation under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mounkassa v. Dodrill,* No. CA–02–383–5–BR (E.D.N.C. Aug. 28, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*